

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/06/2017

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THERMA-FLITE, INC. | § | Case No. 16-33469 |
| THERMA-FLITE MANUFACTURING, LLC, | § | Case No. 16-33470 |
| THERMA-FLITE TX, INC. | § | Case No. 16-33471 |
| THERMA-FLITE INDUSTRIAL, INC | § | Case No. 16-33473 |
| THERMA-FLITE HOLDINGS, INC. | § | Case No. 16-33474 |
| | § | |
| Debtors. | § | (Chapter 7 Cases) |

**ORDER GRANTING CFC, INC.'S MOTION
FOR SUBSTANTIVE CONSOLIDATION**
(Docket No. 87)

CAME ON FOR CONSIDERATION the *Motion for Substantive Consolidation* [Docket no. 87] (the "Motion") filed by CFC, Inc. ("CFC")[1] seeking substantive consolidation of the above-captioned cases. The Court having jurisdiction over the Motion under 28 U.S.C. § 1334, and this being a core proceeding under 28 U.S.C. § 157(b), and having considered the Motion, the arguments and evidence in support thereof, and any objections or responses to the Motion, the Court hereby finds that cause exists for granting the relief requested in the Motion. It is therefore:

**ORDERED** that the Motion is **GRANTED** in part as set forth in this Order; it is further

**ORDERED** that the estates of Therma-Flite, Inc., Therma-Flite Manufacturing, LLC, Therma-Flite TX, Inc., Therma-Flite Industrial, Inc. and Therma-Flite Holdings, Inc. are hereby substantively consolidated for all purposes; it is further

**ORDERED** that the cases of Therma-Flite Manufacturing, LLC (Case No. 16-33470), Therma-Flite TX, Inc. (Case No. 16-33471), Therma-Flite Industrial, Inc. (Case No. 16-33473)

---

[1] Except as provided herein, any capitalized term undefined in this Order shall have the same meaning ascribed to it in the Motion.

ORDER GRANTING CFC, INC.'S MOTION FOR SUBSTANTIVE CONSOLIDATION – Page 1

and Therma-Flite Holdings, Inc. (Case No. 16-33474) are substantively consolidated and joined into the first-filed case of Therma-Flite, Inc. (Case No. 16-33469); it is further

**ORDERED** that Janet Northrop, the Chapter 7 Trustee for the estate of Therma-Flite, Inc. will continue as the Chapter 7 Trustee for the consolidated Debtors; it is further

**ORDERED** that the caption of the consolidated cases shall be as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| THERMA-FLITE, INC. | § | Case No. 16-33469 |
| THERMA-FLITE MANUFACTURING, LLC, | § | |
| THERMA-FLITE TX, INC. | § | (Chapter 7 Cases) |
| THERMA-FLITE INDUSTRIAL, INC | § | (Consolidated) |
| THERMA-FLITE HOLDINGS, INC. | § | |
| | § | |
| Debtors. | § | |

It is further

**ORDERED** that this Court shall retain jurisdiction to interpret and enforce this Order.

**Signed: December 05, 2016.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**