

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/27/2017

| IN RE: | § | | |
|---|---|---|---|
| | § | | |
| Therma-Flite Mfg., LLC | § | CASE NO. | 16-33470 |
| Therma-Flite, Inc. | § | CASE NO. | 16-33469 |
| Therma-Flite TX, Inc. | § | CASE NO. | 16-33471 |
| Therma-Flite Indust., Inc. | § | CASE NO. | 16-33473 |
| Therma-Flite Holdings, Inc. | § | CASE NO. | 16-33474 |
| | § | | |
| DEBTORS | § | | |
| | § | | |

## ORDER VACATING ORDER GRANTING MOTION FOR SUBSTANTIVE CONSOLIDATION

[Relates To Document #  85    ]

It is

**ORDERED** that the *Order Granting CFC, Inc.,s Motion For Substantive Consolidation* (Docket #83) is vacated, and it is further

**ORDERED** that the clerk shall enter this Order in each of the related bankruptcy cases, and the Order entered in each related case is likewise vacated, and it is further

**ORDERED** that the related bankruptcy cases shall continue on the docket of this Court as separate bankruptcy cases until further order of this Court.

(#75)
 ORDERED the the Court will conduct a hearing on the Trustee's motion for consolidation on February 3, 2017 at 11:00 a.m. in Courtroom 400, United States Courthouse, 515 Rusk Street, Houston, Texas.

**Signed: January 24, 2017.**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

1