IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| THERMA-FLITE, INC. | § | Case No.: 16-33469 |
| THERMA-FLITE MANUFACTURING, LLC | § | Case No.: 16-33470 |
| THERMA-FLITE TX, INC. | § | Case No.: 16-33471 |
| THERMA-FLITE INDUSTRIAL, INC. | § | Case No.: 16-33473 |
| THERMA-FLITE HOLDINGS, INC. | § § | Case No.: 16-33474 |
| Debtors. | § | (Chapter 7 Cases) |

## TRUSTEE'S EMERGENCY MOTION FOR CONTINUANCE

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY-ONE (21) DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NO WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.

## RELIEF IS REQUESTED BY JANUARY 31, 2017.

Janet S. Northrup, chapter 7 trustee (the "Trustee") of the bankruptcy estate of Therma-Flite, Inc., files this *Emergency Motion for Continuance*, and respectfully represents as follows:

## Factual and Procedural History

1. On July 8, 2016, each of the above-named debtors filed voluntary petitions under chapter 7 of the Bankruptcy Code. On October 21, 2016, CFC, Inc. ("CFC") filed a *Motion for Substantive Consolidation* in each case (docket no. 87 case no. 16-33469; the "Motion for Substantive Consolidation"). An objection was filed by Eva Englehart, chapter 7 trustee of the bankruptcy estate of Therma-Flite Manufacturing, LLC (docket no. 77 in case no. 16-33470). On January 6, 2017, an *Order Granting CFC, Inc.'s Motion for Substantive Consolidation* was entered, consolidating the above-named cases (docket no. 97 in case no. 16-33469).

2. On January 20, 2017, Ms. Englehart filed a *Motion to Reconsider and Vacate Order of Substantive Consolidation* (docket no. 85 in case no. 16-33470). On January 27, 2017, the court granted Ms. Englehart's motion, vacated the Order for substantive consolidation, and set a hearing on the Motion for Substantive Consolidation for February 3, 2017 (docket no. 100 in case no. 16-33469).

3. Rhonda R. Chandler, counsel for the Trustee, has pre-paid vacation plans and will be out of state from February 2 – 6, 2017. Similarly, the Trustee has plans to be out of town on February 3, 2017. As consolidation is a key issue in the future administration of these cases, the Trustee believes she and her counsel should be present for the hearing. Counsel for Ms. Englehart has also requested that the Trustee be present.

4. The Trustee is available at the court's convenience the week of February 6, 2017, except that she has another hearing scheduled for 10:00 a.m. on February 7 and has her Section 341 panels on February 9. Ms. Chandler is available at the court's convenience that week, except February 6, 2017.

### Requested Relief

5. For the reasons noted above, the Trustee requests that the hearing on CFC's Motion for Substantive Consolidation be rescheduled at the court's convenience for a date on or after February 7, 2017.

### Request and Grounds for Emergency Consideration

6. The hearing on CFC's Motion for Substantive Consolidation is scheduled for 11:00 a.m. on February 3, 2017. Therefore, the Trustee requests court approval of this Motion for Continuance no later than January 31, 2017.

7. Pursuant to Local Rule 9013-1(i), the undersigned hereby certifies that this Motion for Continuance is accurate to the best of her knowledge after diligent inquiry.

**WHEREFORE**, the Trustee respectfully requests that the court enter an Order as requested above; and grant such other and further relief to which the Trustee may be entitled, either at law or in equity.

Dated: January 27, 2017.

Respectfully submitted,

HUGHES WATTERS ASKANASE, LLP

*/s/ Rhonda R. Chandler*
Rhonda R. Chandler
State Bar No. 04101600
1201 Louisiana, Suite 2800
Houston, Texas 77002
Tel: 713-759-0818
Fax: 713-759-6834
ATTORNEY FOR JANET S. NORTHRUP,
CHAPTER 7 TRUSTEE

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 27, 2017, I left a voice mail message for and sent an email to Jonathan Howell, counsel for CFC, Inc. As of the filing of this Motion for Continuance, I have not received a response. I also certify that on January 27, 2017, I spoke with Johnie Patterson, counsel for Eva Englehart. Ms. Englehart does not oppose this Motion for Continuance.

/s/ Rhonda R. Chandler
Rhonda R. Chandler

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017, a true and correct copy of the foregoing *Trustee's Emergency Motion for Continuance* was served on the parties shown on the attached service list via the court's CM/ECF notice system and/or first class regular mail, postage prepaid.

/s/ Rhonda R. Chandler
Rhonda R. Chandler

## CONSOLIDATED SERVICE LIST

Debtor
*Therma-Flite, Inc.
4200 Research Forest Dr., Suite 350
The Woodlands, TX 77381-4235

Debtor's Counsel
Mark Curtis Taylor
Waller
100 Congress, Suite 1800
Austin, TX 78701-4042

Chapter 7 Trustee
Janet S. Northrup
Hughes Watters Askanase
1201 Louisiana, 28th Floor
Houston, TX 77002-5607

U.S. Trustee
US Trustee
Office of the US Trustee
515 Rusk Ave, Ste 3516
Houston, TX 77002-2604

Creditors
8x8 Inc.
Dept. 848080
Los Angeles, CA 90084-8080

AT&T
PO Box 6463
Carol Stream, IL 60197-6463

Advanced Machine Corp
1410 Commerce
Benton, AR 72015-5052

Aireark
PO Box 778
Hampton, AR 71744-0778

Airgas USA, LLC
568 Northbay Drive
Napa, CA 94559-1426

Airgas USA LLC
PO Box 676015
Dallas, TX 75267

Airsystem Sales/New York
Blower Company
PO Box 1948
Brentwood, TN 37024-1948

Alhambra & Sierra Springs
PO Box 660579
Dallas, TX 75266-0579

Allied Crane Inc.
855 No Parkside Drive
Pittsburg, CA 94565-3734

Allied Waste Services #210
PO Box 78829
Phoenix, AZ 85062-8829

AmeriGas
PO Box 660288
Dallas, TX 75266-0288

*Aramark Uniform Services
PO Box 101338
Pasadena, CA 91189-0005

Atlanta Gear Works, Inc.
433 Hightower Parkway
Dawnsonville, GA 30534-6194

Atlas Copco Compressor LLC
1800 Overview Drive
Rock Hill, SC 29730-7463

*undeliverable, unable to forward

Aventine Hill Partners, Inc.
PO Box 678318
Dallas, TX 75267-8318

BDO USA LLP
PO Box 31001-0860
Pasadena, CA 91110-0001

Bender US
2150 East 37th
Vernon, CA 90058-1417

Baldor Electric Company
26827 Network Place
Chicago, IL 60673-1268

Bay Bolt
4610 Malat St.
Oakland, CA 94601-4904

Beitzel Corporation
333 Corporate Drive
Grantsville, MD 21536-1280

Bradshaw Industrial Supply Inc.
15436 27th Court East
Parish, FL 34219-1841

C & C Auto
4251 Park Road
Benicia, CA 94510-1100

CCP - California Centrifugal Pump
PO Box 847
Benicia, CA 94510-0847

CFC
15720 Simoni Dr.
San Jose, CA 95127-2748

California Motor Controlsinc
3070 Bay Vista Court, Suite C
Benicia, CA 94510-1143

Canon
14904 Collections Center Drive
Chicago, IL 60693-0149

Central Air Equipment Ltd.
#1  7887 49th Avenue
Red Deer, AB, Canada T4P 2B4

Choate, Hall & Stewart LLP
Two International Place
c/o Collections Department
Boston, MA 02110-4120

Citrix Online
File 50264
Los Angeles, CA 90074-0264

City of Benicia
Business License Renewal #80140170
250 East L Street
Benicia, CA 94510-3239

Copytech Services
11 Moore Ct.
Oakley, CA 94561-6339

D & M Electric, Inc.
136 Vanderbilt Drive
Bowling Green, KY 42103-7016

DeZurik Inc.
c/o Eco-Tech
8619 Solution Center
Chicago, IL 60677-8006

Delaware Department of Transportation
P.O. Box 697
Dover, DE 19903-0697

Dell Financial Services
Payment Processing Center
PO Box 5275
Carol Stream, IL  60197

*undeliverable, unable to forward

Delta Pump & Systems
PO Box 338
Eighty Four, PA 15330-0338

*Detroit Nameplate Etching Co
13000 Capital Ave.
Oak Park, MI 48237-3125

DeZURICK
c/o Eco-Tech
8619 Solution Center
Chicago, IL 60677-8006

Dorothy Raley, Collector
101 N. Washington Room 106
El Dorado, AR 71730-5660

Dwyer Instruments Inc.
PO Box 338
Michigan City, IN 46361-0338

Edge Inspection Group Inc.
4576 E 2nd Street Suite C
Benicia, CA 94510-1022

El Dorado Water Utilities
Account #15257092
PO Box 1587
El Dorado, AR 71731-1587

Elliot Electric Supply
PO Box 630610
Nacogdoches, TX 75963-0610

Endress+Hauser Inc.
c/o IPT Group |Dept 78795
PO Box 78000
Detroit, MI 48278-0001

Entergy
PO Box 8101
Baton Rouge, LA 70891-8101

Fisher Broyles LLP
Iolata Trust Account
P O Box 935079
Atlanta, GA 31193-5079

Forklift Mobile Inc.
1080 Nimitz Avenue, Suite #130
Vallejo, CA 94592-1009

Falcon Industries Inc.
PO Box 74350
Cleveland, OH 44194-4350

Fike
c/o Power Equipment
no address listed - undeliverable

First Choice Services
10055 Regal Row
Houston, TX 77040-3265

Fisherbroyles LLP
IOLATA Trust Acct.
PO Box 935079
Atlanta, GA 31193-5079

Fisheries Supply Inc.
1900 N. Northlake Way # 10
Seattle, WA 98103-9093

Flow International
PO Box 749647
Los Angeles, CA 90074-9647

Forklift Mobile Inc.
1080 Nimitz Nimitz Avenue, Suite 130
Vallejo, CA 94592

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531

Fulton
3981 Port Street Box 267
Pulaski, NY 13142-4604

*undeliverable, unable to forward

Gardner Denver Nash LLC
PO Box 952453
St. Louis, MO 63195-2453

Global Equipment Company
29833 Network Place
Chicago, IL 60673-1298

Goble Sampson Associates Inc.
3500 So. Main Street, Suite 200
Salt Lake City, UT 84115-4495

Gordon & Rees
Attn: Marie Holvick
275 Battery St. #2000
San Francisco, CA 94111-3361

H & H X-Ray Services Inc.
104 Enterprise Street
West Monroe, LA 71292-8012

Heatec Inc.
PO Box 2008
Chattanooga, TN 37409

HR Direct
PO Box 669390
Pompano Beach, FL 33066-9390

HR Options
1401 Willow Pass Road, Suite 820
Concord, CA 94520-7934

Hayward Pipe & Supply Company
3218 Diablo Ave
Hayward, CA 94545-2780

Hepco
630 East Faulkner
El Dorado, AR 71730-6299

Hill Oil Company LLC
PO Box 958384
St. Louis, MO 63195-8384

Historic Arsenal Park1
940 Tyler #2
Benicia, CA 94510-2964

Holiday Inn Express
1375 East 5th Street
Benicia, CA 94510-3530

Hughes Arrell Kinchen LLP
1221 McKinney St, Suite 3150
Houston, TX 77010-2034

Hydradyne, LLC
P.O. Box 974799
Dallas, TX 75397-4799

Hypertherm
PO Box 843935
Dallas, TX 75284-3935

IPFS Corporation
Acct #CAF-331588
PO Box 100391
Pasadena, CA 91189

Industrial Instrument Co.
5810 Wade Road
Baytown, TX 77521-9743

Infotek Solutions
4747 Research Forest Dr, Suite 180-237
The Woodlands, TX 77381-4912

J.P. Whitney & Associates LLC
Attn: Joyce Ross
17429 State Route 292
Kenton, OH 43326-9059

John Crane Inc.
24929 Network Place
Chicago, IL 60673-1249

Joshua Scott
106 Blanton Bend Ct.
Montgomery, TX 77316

\*undeliverable, unable to forward

KWS Manufacturing Company Ltd.
3041 Conveyor Drive
Burleson, TX 76028-1857

Kadant Johnson Inc.
4989 Solution Center
Chicago, IL 60677-4009

KallanderGroup, Inc.
282 Central St, Unit 9
Hudson, MA 01749-1395

Ken's Discount Building Materials Inc.
1200 Northwest Ave.
El Dorado, AR 71730-3852

Kinard's LLC
4905 Junction City Hwy
El Dorado, AR 71730-2242

Kleinfelder Canada, Inc
2200, 700-6th Ave SW
Calgary, AB, Canada

Lando & Anastasi
One Main Street
Cambridge, MA 02142-1531

Larry Fowler Trucking, Inc.
1499 Hwy 82 Bypass W.
Magnolia, AR 71753-9078

Ladner & Associates PC
The Kirby Mansion
2000 Smith Street
Houston, TX 77002-8652

Lamons Gasket Company
PO Box 203061
Dallas, TX 75320-3061

Lippincott Supply Co. Inc.
105 Lincoln Road West
Vallejo, CA 94590-7800

Little Rock Valve & Fitting Swagelok
PO Box 329
Shawnee Mission, KS 66201-0329

Martin Sprocket & Gear Inc.
PO Box 974066
Dallas, TX 75397-4066

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

Memphis Control Center Inc.
PO Box 40510
Memphis, TN 38174-0510

Midwest Laboratories
13611 B Street
Omaha, NE 68144-3693

Miller Insulation Co. Inc.
3520 E Century Avenue
PO Box 1393
Bismark, ND 58502-1393

Mistras Group, Inc.
195 Clarksville Road
Princeton Junction, NJ 08550-5392

Monty & Ramirez LLP
150 W. Parker Third Floor
Houston, TX 77076

Motion Industries Inc.
Ruston Industrial
PO Box 849737
Dallas, TX 75284-9737

Need Computer Help.com
4200 Research Forest Drive
Suite 140
The Woodlands, TX 77381-4364

Nord Gear Corporation
PO Box 355
Dubuque, IA 52004-0355

*undeliverable, unable to forward

Office Depot, Inc.
Account #14631373
PO Box 660113
Dallas, TX 75266-0113

Office Equipment of Southern Arkansas
116 Wrights Lane
El Dorado, AR 71730-6858

Omega Engineering Inc.
PO Box 405369
Atlanta, GA 30384-5369

Ozark Fluid Power Inc.
10801 Otter Creek E. Blvd.
Mabelvale, AR 72103-1671

Peridot Precision Mfg.
1072 Serpentine Lane
Pleasanton, CA 94566-4731

PPG Protective & Marine Coatings
PO Box 842409
Boston, MA 02284-2409

Pacific Mechanical Supply
13705 Milroy Place
Santa Fe Springs, CA 90670-5130

Pacific Steel & Recycling
1805 U.S. 2
Havre, MT 59501-3311

Patrick J.J. Kelly
PO Box 75268
Seattle, WA 98175-0268

Peter Commerford
3316 Tiverton Ct.
Arlington, TX 76001

Phoenix Oil Heater
8282 N. 75th Avenue
Peoria, AZ 85345-8023

Pitney Bowes, Inc.
Acct #2185-4653-86-8
PO Box 371896
Pittsburgh, PA 15250-7896

Pittsburg Winsupply
691 Garcia Ave
Pittsburg, CA 94565-5009

Powerhouse Combustion
& Mechanical Corp
3410 W Maywood Ave
Santa Ana, CA 92704-4423

Principal Life Insurance Company
PO Box 10372
Des Moines, IA 50306-0372

Process & Power Inc.
PO Box 18675
Memphis, TN 38181-0675

Pumping Solutions Inc.
1400 S. Vineyard Avenue
Ontario, CA 91761-8042

Rexel Inc.
PO Box 743258
Los Angeles, CA 90074-3258

RWB Contracting
19-29 Ditmars Blvd
Astoria, NY 11105-3662

Ray Morgan Company
3131 Esplanada
Chico, CA 95973-0202

Ready Refresh by Nestle
PO Box 856680
Louisville, KY 40285-6680

Reddy Ice Corporation
PO Box 730505
Dallas, TX 75373-0505

*undeliverable, unable to forward

Reid Supply Company
2265 Black Creek Road
Muskegon, MI 49444-2673

Roustabout Services & Insulation
PO Box 638
Tioga, ND 58852-0638

Royal Wholesale San Leandro
PO Box 14004
Orange, CA 92863-1404

SRP Environmental, LLC
348 Aero Drive
Shreveport, LA 71107-6704

Safety-Kleen
PO Box 7170
Pasadena, CA 91109-7170

Senior Flexonics Pathway
2400 Longhorn Industrial Drive
New Braunfels, TX 78130-2530

Shred-It USA
PO Box 101007
Pasadena, CA 91189-1007

Solano County
Dept. of Resource Management
675 Texas St., Suite 5500
Fairfield, CA 94533-6341

Southwestern Welding and Machining
2751 South Foster Road
San Antonio, TX 78220-5914

Spraying Systems Co.
PO Box 95564
Chicago, IL 60694-5564

Sprint
Acct. 768918981
PO Box 4181
Carol Stream, IL 60197

Thermal-Edge, Inc.
1751 Hurd Drive
Irving, TX 75038-4300

TJC Inc. Crane Services
PO Box 962
Camden, AR 71711-0962

TW Telecom
PO Box 172567
Denver, CO 80217-2567

Team Industrial Services
2928 37th St NW #5
Mandan, ND 58554-1315

The National Board of Boiler
& Pressure
Customer #55811
1055 Crupper Avenue
Columbus, OH 43229-1183

The Solid Waste Association
of North America
1100 Wayne Avenue, Suite 650
Silver Spring, MD 20910-5647

Time Warner Cable
Acct#039070101
Box 223085
Pittsburgh, PA 15251-2085

Top Mop
PO Box 4253
Vallejo, CA 94590-0425

TransTech
Shinde Complex, 3rd Floor
Bavdhan Khurd
Pune, India 411021

US Bank
PO Box 790448
St. Louis, MO 63179-0448

*undeliverable, unable to forward

Uline
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741

Unico Mechanical Corp.
1209 Polk Street
Benicia, CA 94510

Unique Leasing Resource LLC
PO Box 847
Benicia, CA 94510-0847

United Fabrication Technologies
303 Sanderson Lane
Courtland, AL 35618-3441

United Industrial Supply Inc.
PO Box 10156
El Dorado, AR 71730-0023

Valley Relocation and Storage
5000 Marsh Drive
Concord, CA 94520-5322

Vericore LLC
10115 Kincey Avenue, Suite 100
Huntersville, NC 28078-6482

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Vernon Machine Corp.
PO Box 847
Benicia, CA 94510-0847

Vortex Corporation
1725 Vortex Avenue
Salina, KS 67401-1768

W.W. Gay Mechanical Contractor, Inc.
524 Stockton Street
Jacksonville, FL 32204-2535

Welsco/Smackover
PO Box 52163
Lafayette, LA 70505-2163

Walter & Prince LLP
1270 Healdsburg Ave, Suite 201
Healdsburg, CA 95448-3473

Water Environment Federation
Customer #01798530-0
PO Box 418298
Boston, MA 02241-8298

Watlow
36785 Treasury Center
Chicago, IL 60694-6700

Workforce Safety & Insurance
PO Box 5585
Bismarck, ND 58506-5585

Wyatt Murray Electric
627 Matson Drive
Napa, CA 94558-3636

XPV Water Fund (US) LP
c/o Standish Management, LLC
750 Battery St., 7th Floor
San Francisco, CA 94111-1527

UniPoint Software, Inc.
1425 Whyte Avenue
Winnipeg, AB, Canada R3E 1V7

Parties Requesting Notice
John D. Penn
Perkins Coie LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201

Jonathan L. Howell, PLLC
Glast, Phillips & Murray, P.C.
14801 Quorum Drive, Suite 500
Dallas, TX 75254

*undeliverable, unable to forward

Stabb Construction Corporation
c/o David M. Pelletier
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
PO Box 1767
Madison, WI 53701-1767

Bradley A. Cosman
Perkins Coie LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 84012

849 Jackson Street Lease
849 Jackson Street
Benicia, CA 94510

*CDM Smith
6751 West Jones Avenue
Zellwood, FL 32798

Dave Bressert
1533 Daren Drive
Wylie, TX 75098

GC Consulting Solutions, PLLC
3333 Allen Parkway, Suite 2601
Houston, TX 770149

Historical Arsenal Park
945 Tyler Street
Benicia, CA 94510

Infotek Solutions
4747 Research Forest Drive, Suite 180-237
The Woodlands, TX 77381

Insperity
19001 Crescent Springs Drive
Kingwood, TX 77339-3802

Joint Development Agreement
Agilyx
9600 SW Nimbus, Suite 260
Beaverton, OR 97008

Newalta
211-11 Avenue SW
Calgary, AB T2R OC6

Nuverra
14624 N. Scottsdale Road, Suite 300
Scottsdale, AZ 85254

US Bank
1310 Madrid Street, Suite 101
Marshall, MN 56258

Waste Management
1001 Fannin Street
Houston, TX 77002

Wisconsin Dells
c/o Staab Construction
1800 Laemle Ave
PO Box 900
Marshfield, WI 54449

Ray Dobrosky
28215 Churchill Ct.
Fulshear, TX 77441

U.S. District Court, Kentucky
241 East Main Street
Bowling Green, KY 42101

5th Judicial District
Lyon County Minnesota
607 West Main
Marshall, MN 56258

Superior Court
State of California
580 Texas Street
Fairfield, CA 94533

U.S. District Court
Southern District of Georgia
600 James Brown Blvd.
Augusta, GA 30901

*undeliverable, unable to forward

Adam J. Halsband
87 N. Cochrans Green Circle
Spring, TX  77381

Andrew P. Wood
3885 Shafter Ave,
Oakland, CA  94609

Artem Zhernokleyev
7240 Belamp Street
Rio Linda, CA  95673

Cal Baze
500 N. Garzard
Shady Shores, TX  76208

Charles J. Webster
2020 5th Avenue
Havre, MT  59501

Curtis Dillon
180 Bayhurst Drive
Vallejo, CA  94591

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

Jack Blonquist
18 Rose Pine Ct.
Magnolia, TX  77355

Joshua R. Scott
106 Blanton Bend Ct.
Montgomery, TX  77316

Kevin L. Gibson
331 Marshall Drive
Walnut Creek, CA  94598

Michael Shin
1882 Sapphire Way
El Dorado Hills, CA  95762-1270

Robert A. Camfield
521 Meadow Lane, Apt. 237
El Dorado, AR  71730

Robert D. Nickerson
181 East B Street
Benicia, CA  94510

State of Arkansas
Department of Finance and Administration
1509 West 7th Street
Little Rock, AR  72201

State of California
Franchise Tax Board
PO Box 942840
Sacramento, CA  94240

State of Montana
PO Box 5805
Helena, MT  59604-5805

Preston T. Towber
The Towber Law Firm PLLC
6750 West Loop South, Suite 920
Bellaire, TX  77401

David S. Elder
Gardere Wynne Sewell
1000 Louisiana Street, Suite 2000
Houston, TX  77002

Courtney J. Hull
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711-2548

Handling Equipment Corp.
PO Box 7994
Shreveport, LA  71137-7994

*undeliverable, unable to forward

Southern Bancorp Bank
601 Main Street
Arkadelphia, AR 71923-6037

Staab Construction Corporation
2 E Mifflin St., Suite 200
Madison, WI 53703-4269

Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX 77208-1301

AEDC
900 W Capital Ave., Ste 400
TFM Loan #224-01-1
Little Rock, AR 72201-9707

Amerimex USA, Inc.
PO Box 23340
New Orleans, LA 70183-0340

Applied Industrial Technologies
c/o Dianne Misenko
One Applied Plaza
Cleveland, OH 44115-2519

Elliott Electrical Supply
P.O. Box 630610
Nacogdoches, TX 75963-0610

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Hertz Equipment Rental
5000 Industrial Extension
Bossier City, LA 71112

Norris Mechanical Shop Inc.
2400 Lorene
El Dorado, AR 71730-8416

*Preston-Eastin
PO Box 582288
Tulsa, OK 74158-2288

Standard Crane & Hoist LLC
14694 Airline Hwy
Destrehan, LA 70047-4335

Union County Industrial Waste Program 101
N. Washington, Room 101
El Dorado, AR 71730-566

Wholesale Electric Supply Co. Inc.
PO Box 1258
Texarkana, TX 75504-1258

XPV Water Fund Limited Partnership
Douglas R. Gooding
Choate Hall & Stewar
Two International Place
Boston, MA 02110-4104

Eva S. Engelhart
Ross Banks May Cron and Cavin PC
7700 San Felipe, Suite 550
Houston, TX 77063-1618

Marc Douglas Myers
Adair & Myers
3120 SW Freeway, Suite 320
Houston, TX 77098-4511

Michael Potter
undeliverable

Randy Potter
undeliverable

William G. West
William G. West, P.C.
12345 Jones Road, Suite 214
Houston, TX 77070

Aventine Hill Partners, LLC
c/o Steven B. Treu
Langley & Banack, Inc.
745 E. Mulberry, Ste. 900
San Antonio, TX 78212-3141

*undeliverable, unable to forward

Steve Schneider
J.R. Schneider Co., Inc.
849 Jackson Street
Benicia, CA  94510

*undeliverable, unable to forward