IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| THERMA-FLITE, INC. | § | Case No. 16-33469 |
| THERMA-FLITE MANUFACTURING, LLC, | § | Case No. 16-33470 |
| THERMA-FLITE TX. INC. | § | Case No. 16-33471 |
| THERMA-FLITE INDUSTRIAL, INC. | § | Case No. 16-33473 |
| THERMA-FLITE HOLDINGS, INC. | § § | Case No. 16-33474 |
| Debtors. | § | (Chapter 7 Cases) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Southern District of Texas, Houston Division, has set a hearing (the "Hearing") on the *Motion for Substantive Consolidation* [Docket No. 87 Case No. 16-33469; Docket No. 75 Case No. 16-33470; Docket No. 24 Case No. 16-33474] filed by CFC Inc. ("CFC"), to be held before the Honorable David R. Jones, U.S. Bankruptcy Chief Judge, **on Wednesday, March 15, 2017 at 2:00 P.M. (Central Standard Time)** at Courtroom 400, United States Courthouse, 515 Rusk Street, Houston, Texas 77002.

RESPECTFULLY SUBMITTED this 14th day of February 2017,

                                        **GLAST, PHILLIPS & MURRAY, P.C.**

                                        By: */s/ Charles Adam Brinkley*
                                                Charles Adam Brinkley
                                                Texas Bar No. 24098954
                                                abrinkley@gpm-law.com

                                                14801 Quorum Drive, Suite 500
                                                Dallas, Texas 75254
                                                Telephone: (972) 419-7196
                                                Facsimile: (972) 419-8395

                                        **ATTORNEYS FOR CFC, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of February 2017, he hereby caused a copy of the foregoing Notice to be served on all parties receiving electronic notice via the Court's CM/ECF system and upon the parties listed below by U.S. first-class mail, postage prepaid.

By: */s/ Charles Adam Brinkley*
Charles Adam Brinkley

| | |
|---|---|
| Johnie Patterson<br>P.O. Box 61301<br>Houston, TX 77208-1301<br>Counsel for Eva Engelhart, Chapter 7 Trustee | Tracy Fowler<br>1631 Dickson Ave. 10th Floor<br>Kelowna, BC V1Y 0B5, Canada<br>Big Steel Box Structures |
| Rhonda Chandler<br>1201 Louisiana St., 28th Floor<br>Houston, TX 77002<br>Counsel for Janet Northrup, Chapter 7 Trustee | Damian Michaelis<br>800 Nord Dr.<br>Waunakee, WI 53597<br>Nord Gear Corporation |
| John Kooistra<br>900 W. Capitol Ave, Ste. 400<br>Little Rock, AR 72201<br>Counsel for Arkansas Economic<br>Development Commission | Ivan Kroupa<br>805 Wood St.<br>Three Rivers, MI 49093<br>Kedant Johnson Inc. |
| Joseph M. Fegurgur<br>675 Texas St., Ste. 1900<br>Fairfield CA 94533<br>Solano County Tax Collector | Peter Lando<br>One Main St.<br>Cambridge, MA 02142<br>Counsel for Lando & Anastasi,LLP |
| Doug Gooding<br>Two International Place<br>Boston, MA 02110<br>Counsel for XPV Water Fund L.P. | Lisa Chandler<br>30 Montgomery St., Ste. 1000<br>Jersey City, NJ 07302<br>IPFS Corporation |
| Office of the Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548, MC-008<br>Austin, TX 78711-2548<br>Texas Workforce Commission | Joshua Scott<br>106 Blanton Bend Ct.<br>Montgomery TX 77316<br>Joshua Scott |
| Travis Camp<br>524 Stockton St.<br>Jacksonville, FL 32204<br>W.W. Gay Mechanical Contractor, Inc. | Tyler Koster<br>691 Garcia Ave.<br>Pittsburg, CA 94565<br>Pittsburg Winsupply |
| David Pelletier<br>2 E. Mifflin St., Ste. 200<br>Madison, WI 53703<br>Counsel for Staab Construction Corporation | Grisselle Betancourt<br>27 Waterview Dr. 3rd Floor<br>Shelton, CT 06484<br>Pitney Bowes Inc. |
| Joan Ruehle<br>972 Centerville Rd.<br>Pulaski, NY 13142<br>Fulton | Bradley Cosman<br>2901 N. Central Ave. Ste. 2000<br>Phoenix, AZ 85012<br>Badlands Power Fuels, LLC |

NOTICE OF HEARING – Page 3

| | |
|---|---|
| Beth Allen<br>P.O. Box 1473<br>Augusta, GA 30903<br>Prayon, Inc. | Blake Bailey<br>115 Grand Avenue, Ste. 222<br>Southlake, TX 76092<br>Counsel for KWS Manufacturing Co., Ltd. |
| Preston T. Towber<br>6750 West Loop South, Ste. 920<br>Bellaire, TX 77401<br>Counsel for Unique Leasing Resources LLC,<br>Unico Mechanical Corp., Historical Arsenal<br>Park, LLC, Michael Potter and Randy Potter | David Elder<br>1000 Louisiana St., Ste. 2000<br>Houston, TX 77002<br>Counsel for Bank of the West |
| Hector Duran<br>515 Rusk Ave., Ste. 3516<br>Houston, TX 77002<br>U.S. Trustee | Mark Curtis Taylor<br>100 Congress, Ste. 1800<br>Austin, TX 78701<br>Counsel for Therma-Flite, Inc,<br>Therma-Flite Mfg, LLC,<br>Therma-Flite TX, Inc., Therma-Flite<br>Indus., Inc., and Therma-Flite Holdings, Inc. |