IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 16-33470 |
| Therma-Flite Manufacturing, LLC, | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that CFC, Inc. ("CFC"), pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable in this matter by Rules 9014(c), 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, will take the deposition upon oral examination of Michael Potter, **on Wednesday, March 1, 2017 at 10:00 a.m. (Pacific Standard Time)** or on a date or time that is agreeable, at 10350 Santa Monica Blvd., Suite 200, Los Angeles, California 90025, before a notary public or other person authorized to administer oaths. A copy of the issued subpoena is attached as Exhibit "A."

PLEASE TAKE FURTHER NOTICE that CFC will take the deposition upon oral examination of Ed Salay **on Thursday, March 2, 2017 at 10:00 a.m. (Pacific Standard Time),** at 201 California Street, Suite 375, San Francisco, California 94111, before a notary public or other person authorized to administer oaths. A copy of the issued subpoena is attached as Exhibit "A."

PLEASE TAKE FURTHER NOTICE that CFC will take the deposition upon oral examination of Janet Northrup, **on Wednesday, March 8, 2017 at 11:00 a.m. (Central Standard Time)**, at the law offices of Hughes, Watters, Askanase LLP, Total Plaza 1201 Louisiana, 28th Floor Houston, Texas 77002, before a notary public or other person authorized to administer oaths. A copy of the issued subpoena is attached as Exhibit "A."

NOTICE OF DEPOSITIONS – Page 1

PLEASE TAKE FURTHER NOTICE that CFC will take the deposition upon oral examination of Eva Engelhart, **on Thursday, March 9, 2017 at 10:00 a.m. (Central Standard Time)**, or on a date and time that is agreeable, at 13101 N.W. Freeway, Suite 210, Houston, Texas 77040, before a notary public or other person authorized to administer oaths.

PLEASE TAKE FURTHER NOTICE that the depositions will be stenographically recorded and taken by oral examination before a person authorized to administer oaths pursuant to Rule 28(a)(1) of the Federal Rules of Civil Procedure and Rule 7028 of the Federal Rules of Bankruptcy Procedure.

RESPECTFULLY SUBMITTED this 20th day of February 2017,

**GLAST, PHILLIPS & MURRAY, P.C.**

By: */s/ Charles Adam Brinkley*
Charles Adam Brinkley
Texas Bar No. 24098954
abrinkley@gpm-law.com

14801 Quorum Drive, Suite 500
Dallas, Texas 75254
Telephone: (972) 419-7196
Facsimile: (972) 419-8395

**ATTORNEYS FOR CFC, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 20th day of February 2017, he hereby caused a copy of the foregoing Notice and any exhibits to be served on each party receiving electronic notice through the Court's CM/ECF system.

By: */s/ Charles Adam Brinkley*
Charles Adam Brinkley