IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 16-33470 |
| THERMA-FLITE MANUFACTURING, LLC, | § | |
| | § | (Chapter 7 Cases) |
| Debtor. | § | |

**NOTICE OF WITHDRAWAL OF CFC INC.'S EMERGENCY
MOTION TO COMPEL WRITTEN DISCOVERY ON CHAPTER 7 TRUSTEE**

PLEASE TAKE NOTICE that CFC, Inc. ("CFC"), a secured creditor in the above-styled and numbered bankruptcy case, hereby withdraws its *Emergency Motion to Compel Written Discovery on Chapter 7 Trustee* [Docket No. 108] ("Notice") without prejudice.

RESPECTFULLY SUBMITTED this 13th day of March 2017,

           **GLAST, PHILLIPS & MURRAY, P.C.,**

           By:  */s/ Jonathan L. Howell*
                Jonathan L. Howell, PLLC
                Texas Bar No. 24053668
                jhowell@gpm-law.com

                14801 Quorum Drive, Suite 500
                Dallas, Texas 75254
                Telephone: (972) 419-7196
                Facsimile: (972) 419-7839

           **ATTORNEYS FOR CFC, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 13th day of March 2017, he caused the foregoing Notice to be served on all parties receiving notice through the Court's CM/ECF system.

           By:  */s/ Jonathan L. Howell*
                Jonathan L. Howell, PLLC