IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Therma-Flite Mfg., LLC | § | CASE NO.   16-33470-H1-11 |
| **DEBTOR** | § | |
| | § | |
| Therma-Flite, Inc. | § | Case No. 16-33469 |
| Therma-Flite TX, Inc. | § | Case No. 16-33471 |
| Therma-Flite Industrial, Inc. | § | Case No. 16-33473 |
| Therma-Flite Holdings, Inc | § | Case No. 16-33474 |
| **Debtors** | § | |

## ORDER DENYING MOTION FOR SUBSTANTIVE CONSOLIDATION

Movant, CFC, Inc., presented its evidence and rested, and based upon the findings of fact and conclusions of law read into the record, it is

**ORDERED** that the Debtor's oral motion for judgment on partial findings pursuant to FED. R. BANKR. P. 7052(c) is granted, and it is further

**ORDERED** that CFC, Inc.'s *Motion For Substantive Consolidation* is denied.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE

**APPROVED AS TO FORM ONLY:**

  */s/ Jonathan L. Howell*[1]
Jonathan L. Howell
TBN 24053668
Suite 500
14801 Quorum Dr.
Dallas, TX   75254
972.419.7196
972.419.7839 fax
COUNSEL FOR CFC, INC.

---

[1] With permission, by Johnie Patterson.   See attached.



Johnie Patterson <jjp@walkerandpatterson.com>

## RE: Therma-Flite - Proposed Order
1 message

**Jonathan Howell** <JHowell@gpm-law.com>                              Mon, Mar 20, 2017 at 5:00 PM
To: Eva Engelhart <eengelhart@rossbanks.com>, Johnie Patterson <jjp@walkerandpatterson.com>
Cc: Marc Myers <mmyers@rossbanks.com>, David Dodge <DDodge@gpm-law.com>, Jonathan Howell <JHowell@gpm-law.com>

You have my permission to e-sign my signature to the order.  Thank you.

**Jonathan L. Howell, PLLC**

**GPM: Glast, Phillips & Murray**

A PROFESSIONAL CORPORATION

14801 Quorum Drive, Suite 500

Dallas, Texas 75254-1449

Telephone: (972) 419-8300

Facsimile:  (972) 419-8329

jhowell@gpm-law.com

www.gpm-law.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Glast, Phillips & Murray, P.C. immediately by telephone 972.419.8300 and destroy the original message.

**From:** Eva Engelhart [mailto:eengelhart@rossbanks.com]
**Sent:** Monday, March 20, 2017 11:51 AM
**To:** Johnie Patterson
**Cc:** Jonathan Howell; Marc Myers
**Subject:** Re: Therma-Flite - Proposed Order

Works for me.  Thanks, Eva

On Mar 20, 2017 10:49 AM, Johnie Patterson <jjp@walkerandpatterson.com> wrote:

I have attached a Proposed Order from last week's hearing.  Please review, and either execute or provide your comments.

Jp

--

Johnie Patterson

Walker & Patterson, P.C.

4815 Dacoma

Houston, TX  77092

713.956.5577

713.956.5570 fax