UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 16-33470-H2-7 |
|---|---|---|
| | § | |
| THERMA-FLITE MANUFACTURING, LLC | § § § § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Eva Engelhart, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $471,864.25 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,018,255.25 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $502,970.08 | | |

3)   Total gross receipts of $1,521,225.33  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,521,225.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $6,623,362.00 | $4,257,500.00 | $787,500.00 | $787,500.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $502,966.86 | $502,966.86 | $502,970.08 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $48,185.01 | $45,885.01 | $45,885.01 |
| General Unsecured Claims (from **Exhibit 7**) | $65,156.15 | $16,577,457.27 | $7,289,766.95 | $184,870.24 |
| **Total Disbursements** | $6,688,518.15 | $21,386,109.14 | $8,626,118.82 | $1,521,225.33 |

4). This case was originally filed under chapter 7 on 07/08/2016. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/06/2019                    By: /s/ Eva Engelhart
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2524 Champagnolle RoadEl Dorado, AR 71730 | 1110-000 | $1,515,000.00 |
| Entergy Billing Credit | 1229-000 | $6,225.33 |
| **TOTAL GROSS RECEIPTS** | | $1,521,225.33 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | CFC Inc.c/o Glast, Phillips & Murray, P.C. | 4110-000 | $0.00 | $3,470,000.00 | $0.00 | $0.00 |
| | Arkansas Economic Development Company | 4210-000 | $683,362.00 | $0.00 | $0.00 | $0.00 |
| | Payoff to CFC. | 4110-000 | $0.00 | $757,500.00 | $757,500.00 | $757,500.00 |
| | Rail Resources, LLC | 4110-000 | $0.00 | $30,000.00 | $30,000.00 | $30,000.00 |
| | XPV Water Fund (US) LP | 4110-000 | $5,940,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $6,623,362.00 | $4,257,500.00 | $787,500.00 | $787,500.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Eva Engelhart, Trustee | 2100-000 | NA | $68,886.76 | $68,886.76 | $68,886.76 |
| Eva Engelhart, Trustee | 2200-000 | NA | $172.68 | $172.68 | $175.90 |
| Trustee Insurance Agency-Seneca | 2420-000 | NA | $6,212.80 | $6,212.80 | $6,212.80 |
| American Abstract Closing Fee | 2500-000 | NA | $495.00 | $495.00 | $495.00 |
| American Abstract Title Search | 2500-000 | NA | $250.00 | $250.00 | $250.00 |
| American Abstract/Fidelity Title | 2500-000 | NA | $3,498.00 | $3,498.00 | $3,498.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Insurance | | | | | |
| State tax/Stamps to Department of Finance and Administration | 2500-000 | NA | $2,499.75 | $2,499.75 | $2,499.75 |
| Union County Circuit Clerk Order for Sale | 2500-000 | NA | $40.00 | $40.00 | $40.00 |
| Integrity Bank | 2600-000 | NA | $4,708.42 | $4,708.42 | $4,708.42 |
| 2015 General Taxes | 2820-000 | NA | $16,973.33 | $16,973.33 | $16,973.33 |
| 2016 General Taxes | 2820-000 | NA | $28,822.63 | $28,822.63 | $28,822.63 |
| County Property Taxes 1/1/17 to 10/5/17 | 2820-000 | NA | $21,955.11 | $21,955.11 | $21,955.11 |
| Thomas Blackmon Realty | 2990-000 | NA | $64,387.50 | $64,387.50 | $64,387.50 |
| Ross, Banks, May, Cron & Cavin, P.C., Attorney for Trustee | 3110-000 | NA | $40,860.00 | $40,860.00 | $40,860.00 |
| Ross, Banks, May, Cron & Cavin, P.C., Attorney for Trustee | 3120-000 | NA | $814.00 | $814.00 | $814.00 |
| Walker & Patterson, P.C., Special Counsel for Trustee | 3210-600 | NA | $174,773.60 | $174,773.60 | $174,773.60 |
| Walker & Patterson, Special Counsel for Trustee | 3220-610 | NA | $21,670.97 | $21,670.97 | $21,670.97 |
| William G. West, C.P.A., Accountant for Trustee | 3410-000 | NA | $39,528.00 | $39,528.00 | $39,528.00 |
| William G. West, C.P.A., Accountant for Trustee | 3420-000 | NA | $418.31 | $418.31 | $418.31 |
| Thomas Blackmon Realty, Realtor for Trustee | 3520-000 | NA | $6,000.00 | $6,000.00 | $6,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $502,966.86 | $502,966.86 | $502,970.08 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-1a | Franchise Tax Board | 5800-000 | $0.00 | $2,636.11 | $2,636.11 | $2,636.11 |
| 11-1a | Texas Comptroller of | 5800-000 | $0.00 | $2,300.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 11-2a | Texas Comptroller of Public Accounts | 5800-000 | $0.00 | $5,578.14 | $5,578.14 | $5,578.14 |
| 14 | Internal Revenue Service | 5800-000 | $0.00 | $37,670.76 | $37,670.76 | $37,670.76 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $48,185.01 | $45,885.01 | $45,885.01 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Applied Industrial Technologies | 7100-000 | $0.00 | $9,177.14 | $9,177.14 | $232.92 |
| 2-1b | Franchise Tax Board | 7100-000 | $0.00 | $1,266.16 | $1,266.16 | $32.15 |
| 3-2 | Union County Industrial Waste Program | 7100-000 | $0.00 | $974.16 | $974.16 | $24.72 |
| 3-1 | Union County Industrial Waste Program | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | Ken's Discount Building Materials Inc | 7100-000 | $0.00 | $1,204.50 | $1,204.50 | $30.57 |
| 5 | Handling Equipment Corporation | 7100-000 | $4,000.00 | $4,000.00 | $4,000.00 | $101.52 |
| 6-1 | XPV Water Fund Limited Partnership | 7100-000 | $0.00 | $6,752,397.29 | $0.00 | $0.00 |
| 6-2 | XPV Water Fund Limited Partnership | 7100-000 | $0.00 | $6,752,397.29 | $6,752,397.29 | $171,380.51 |
| 7 | Unique Leasing Resource, LLC | 7100-000 | $0.00 | $478,801.04 | $478,801.04 | $12,152.30 |
| 8 | Unique Leasing Resource, LLC | 7100-000 | $0.00 | $36,072.69 | $36,072.69 | $915.55 |
| 10 | Staab Construction Corporation | 7100-000 | $0.00 | $2,535,250.00 | $0.00 | $0.00 |
| 11-1b | Texas Comptroller of Public Accounts | 7200-000 | $0.00 | $43.03 | $0.00 | $0.00 |
| 11-2b | Texas Comptroller of Public Accounts | 7200-000 | $0.00 | $475.92 | $475.92 | $0.00 |
| 14a | Internal Revenue Service | 7200-000 | $0.00 | $5,398.05 | $5,398.05 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| AEDC | 7100-000 | $15,678.74 | $0.00 | $0.00 | $0.00 |
| Amerimex USA, Inc. | 7100-000 | $3,548.16 | $0.00 | $0.00 | $0.00 |
| BDO USA LLP | 7100-000 | $34,930.00 | $0.00 | $0.00 | $0.00 |
| Elliott Electrical Supply | 7100-000 | $511.42 | $0.00 | $0.00 | $0.00 |
| Global Equipment Company | 7100-000 | $44.64 | $0.00 | $0.00 | $0.00 |
| Gordon & Rees | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hertz Equipment Rental | 7100-000 | $1,614.30 | $0.00 | $0.00 | $0.00 |
| Ken's Discount Building Materials Inc. | 7100-000 | $154.83 | $0.00 | $0.00 | $0.00 |
| Motion Industries Inc. Ruston Industrial | 7100-000 | $23.52 | $0.00 | $0.00 | $0.00 |
| Norris Mechanical Shop Inc. | 7100-000 | $111.50 | $0.00 | $0.00 | $0.00 |
| Preston-Eastin | 7100-000 | $114.78 | $0.00 | $0.00 | $0.00 |
| Standard Crane & Hotel LLC | 7100-000 | $3,580.68 | $0.00 | $0.00 | $0.00 |
| Union County Industrial Waste Program | 7100-000 | $520.82 | $0.00 | $0.00 | $0.00 |
| VeriCore | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wholesale electric Supply Co. Inc. | 7100-000 | $322.76 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $65,156.15 | $16,577,457.27 | $7,289,766.95 | $184,870.24 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1      Exhibit 8

| Case No.: | 16-33470-H2-7 | Trustee Name: | Eva Engelhart |
|---|---|---|---|
| Case Name: | THERMA-FLITE MANUFACTURING, LLC | Date Filed (f) or Converted (c): | 07/08/2016 (f) |
| For the Period Ending: | 3/6/2019 | §341(a) Meeting Date: | 09/06/2016 |
| | | Claims Bar Date: | 12/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Office furniture, fixtures, equipment and collectibles | $5,382.36 | $5,382.36 | OA | $0.00 | FA |
| **Asset Notes:**  Abandoned pursuant to Order entered 09-16-16, Doc. #56 | | | | | |
| 2  Machinery, equipment and vehicles | $466,481.89 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**  Abandoned pursuant to Order entered 09-16-16, Doc. #56 | | | | | |
| 3  2524 Champagnolle Road El Dorado, AR 71730 | $3,000,000.00 | $0.00 | | $1,515,000.00 | FA |
| 4  Entergy Billing Credit                           (u) | $0.00 | $6,225.33 | | $6,225.33 | FA |

**TOTALS (Excluding unknown value)**         **Gross Value of Remaining Assets**
            $3,471,864.25            $11,607.69                         $1,521,225.33            $0.00

**Major Activities affecting case closing:**

| 12/31/2018 | Submission of TDR pending receipt of $0.00 bank statement |
| 09/30/2018 | TFR filed with Court 09/18/18 |
| 06/30/2018 | Trustee's accountant's fee application pending. |
| 03/31/2018 | Working on IRS claim objection. |
| 12/31/2017 | Preparing TFR |
| 09/30/2017 | Finalizing sale motion and settlement of lien avoidance suit. |
| 06/30/2017 | Adversary claim set for trial in September, 2017. |
| 09/30/2016 | Pursuing adversary action to void the lien on 2524 Champagnolle Road, El Dorado, AR 71730. |

Initial Projected Date Of Final Report (TFR):   12/31/2017      Current Projected Date Of Final Report (TFR):   12/31/2019       /s/ EVA ENGELHART
                                                                                                                                EVA ENGELHART

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-33470-H2-7 | Trustee Name: | Eva Engelhart |
|---|---|---|---|
| Case Name: | THERMA-FLITE MANUFACTURING, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2517 | Checking Acct #: | ******3470 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/8/2016 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 3/6/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/10/2017 | (4) | Entergy | Billing Credit | 1229-000 | $6,225.33 | | $6,225.33 |
| 02/17/2017 | 3001 | Trustee Insurance Agency-Seneca | Order Entered 2/17/17, Doc # 102 Commercial Insurance | 2420-000 | | $3,839.25 | $2,386.08 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.98 | $2,381.10 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.84 | $2,377.26 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.71 | $2,373.55 |
| 05/26/2017 | 3002 | Trustee Insurance Agency-Seneca | Order Entered 5/25/17, Doc # 136 Commercial Insurance | 2420-000 | | $2,373.55 | $0.00 |
| 10/06/2017 | | American Abstract & Title Company | Order Entered 9/20/17, Doc # 180 Seller Proceeds | * | $461,078.68 | | $461,078.68 |
| | {3} | | Gross Amount of sale not including the $151,500.00 previously received by Trustee as earnest money. See form 2, deposit dated 10/10/17.   $1,363,500.00 | 1110-000 | | | $461,078.68 |
| | | | Payoff to CFC.   $(757,500.00) | 4110-000 | | | $461,078.68 |
| | | | County Property Taxes 1/1/17 to 10/5/17   $(21,955.11) | 2820-000 | | | $461,078.68 |
| | | | 2015 General Taxes   $(16,973.33) | 2820-000 | | | $461,078.68 |
| | | | 2016 General Taxes   $(28,822.63) | 2820-000 | | | $461,078.68 |
| | | | Thomas Blackmon Realty   $(64,387.50) | 2990-000 | | | $461,078.68 |
| | | | Thomas Blackmon Realty   $(6,000.00) | 3520-000 | | | $461,078.68 |
| | | | American Abstract Closing Fee   $(495.00) | 2500-000 | | | $461,078.68 |
| | | | American Abstract Title Search   $(250.00) | 2500-000 | | | $461,078.68 |
| | | | American Abstract/Fidelity Title Insurance   $(3,498.00) | 2500-000 | | | $461,078.68 |
| | | | State tax/Stamps to Department of Finance and Administration   $(2,499.75) | 2500-000 | | | $461,078.68 |
| | | | Union County Circuit Clerk Order for Sale   $(40.00) | 2500-000 | | | $461,078.68 |
| 10/10/2017 | (3) | Ross, Banks, May, Cron & Cavin, P.C. | Order Entered 9/20/17, Doc # 180 Earnest money from SJMC Investments, LLC held by Seller. | 1110-000 | $151,500.00 | | $612,578.68 |
| | | | **SUBTOTALS** | | **$618,804.01** | **$6,225.33** | |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-33470-H2-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | THERMA-FLITE MANUFACTURING, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2517 | | Checking Acct #: | ******3470 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/8/2016 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 3/6/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/19/2017 | 3003 | Rail Resources, LLC | Order Entered 9/20/17, Doc # 180 Breakup Fee, contractual lien | 4110-000 | | $30,000.00 | $582,578.68 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $628.49 | $581,950.19 |
| 11/07/2017 | 3004 | Walker & Patterson, P.C. | Order Entered 11/7/17, Doc # 190 Special Litigation Counsel Fees | 3210-600 | | $174,773.60 | $407,176.59 |
| 11/07/2017 | 3005 | Walker & Patterson | Order Entered 11/7/17, Doc # 190 Special Litigation Counsel Expenses | 3220-610 | | $21,670.97 | $385,505.62 |
| 11/13/2017 | 3006 | Ross, Banks, May, Cron & Cavin, P.C. | Order Entered 11/13/17, Doc # 192 Attorney Interim Fees | 3110-000 | | $40,860.00 | $344,645.62 |
| 11/13/2017 | 3007 | Ross, Banks, May, Cron & Cavin, P.C. | Order Entered 11/13/17, Doc # 192 Attorney Interim Expenses | 3120-000 | | $814.00 | $343,831.62 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $595.57 | $343,236.05 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $509.89 | $342,726.16 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $509.13 | $342,217.03 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $459.18 | $341,757.85 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $507.69 | $341,250.16 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $490.58 | $340,759.58 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $506.21 | $340,253.37 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $489.15 | $339,764.22 |
| 07/13/2018 | 3008 | William G. West, C.P.A. | Order Entered 7/13/18, Doc # 197 Accountant Fees | 3410-000 | | $39,528.00 | $300,236.22 |
| 07/13/2018 | 3009 | William G. West, C.P.A. | Order Entered 7/13/18, Doc # 197 Accountant Expenses | 3420-000 | | $418.31 | $299,817.91 |
| 11/07/2018 | 3010 | Eva Engelhart | Order Entered 10/30/18, Doc #206 Order Entered 11/6/18, Doc #208 Trustee Compensation | 2100-000 | | $68,886.76 | $230,931.15 |
| 11/07/2018 | 3011 | Eva Engelhart | Order Entered 10/30/18, Doc #206 Order Entered 11/6/18, Doc #208 Trustee Expenses | 2200-000 | | $175.90 | $230,755.25 |

SUBTOTALS    $0.00    $381,823.43

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-33470-H2-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | THERMA-FLITE MANUFACTURING, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2517 | | Checking Acct #: | ******3470 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/8/2016 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 3/6/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2018 | 3012 | Applied Industrial Technologies | Order Entered 10/30/18, Doc #206<br>Order Entered 11/6/18, Doc #208<br>Distribution on Claim #: 1 | 7100-000 | | $232.92 | $230,522.33 |
| 11/07/2018 | 3013 | Franchise Tax Board | Order Entered 10/30/18, Doc #206<br>Order Entered 11/6/18, Doc #208<br>Distribution on Claim #: 2 | 5800-000 | | $2,636.11 | $227,886.22 |
| 11/07/2018 | 3014 | Franchise Tax Board | Order Entered 10/30/18, Doc #206<br>Order Entered 11/6/18, Doc #208<br>Distribution on Claim #: 2 | 7100-000 | | $32.15 | $227,854.07 |
| 11/07/2018 | 3015 | Union County Industrial Waste Program | Order Entered 10/30/18, Doc #206<br>Order Entered 11/6/18, Doc #208<br>Distribution on Claim #: 3 | 7100-000 | | $24.72 | $227,829.35 |
| 11/07/2018 | 3016 | Ken's Discount Building Materials Inc | Order Entered 10/30/18, Doc #206<br>Order Entered 11/6/18, Doc #208<br>Distribution on Claim #: 4 | 7100-000 | | $30.57 | $227,798.78 |
| 11/07/2018 | 3017 | Handling Equipment Corporation | Order Entered 10/30/18, Doc #206<br>Order Entered 11/6/18, Doc #208<br>Distribution on Claim #: 5 | 7100-000 | | $101.52 | $227,697.26 |
| 11/07/2018 | 3018 | XPV Water Fund Limited Partnership | Order Entered 10/30/18, Doc #206<br>Order Entered 11/6/18, Doc #208<br>Distribution on Claim #: 6 | 7100-000 | | $171,380.51 | $56,316.75 |
| 11/07/2018 | 3019 | Unique Leasing Resource, LLC | Order Entered 10/30/18, Doc #206<br>Order Entered 11/6/18, Doc #208<br>Distribution on Claim #: 7 | 7100-000 | | $12,152.30 | $44,164.45 |
| 11/07/2018 | 3020 | Unique Leasing Resource, LLC | Order Entered 10/30/18, Doc #206<br>Order Entered 11/6/18, Doc #208<br>Distribution on Claim #: 8 | 7100-000 | | $915.55 | $43,248.90 |
| 11/07/2018 | 3021 | Texas Comptroller of Public Accounts | Order Entered 10/30/18, Doc #206<br>Order Entered 11/6/18, Doc #208<br>Distribution on Claim #: 11 | 5800-000 | | $5,578.14 | $37,670.76 |
| | | | SUBTOTALS | | $0.00 | $193,084.49 | |

Page No: 4   Exhibit 9

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-33470-H2-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | THERMA-FLITE MANUFACTURING, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2517 | | Checking Acct #: | ******3470 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/8/2016 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 3/6/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2018 | 3022 | Internal Revenue Service | Order Entered 10/30/18, Doc #206<br>Order Entered 11/6/18, Doc #208<br>Distribution on Claim #: 14 | 5800-000 | | $37,670.76 | $0.00 |
| 02/06/2019 | 3019 | STOP PAYMENT: Unique Leasing Resource, LLC | Order Entered 10/30/18, Doc #206<br>Order Entered 11/6/18, Doc #208<br>Distribution on Claim #: 7 | 7100-004 | | ($12,152.30) | $12,152.30 |
| 02/06/2019 | 3020 | STOP PAYMENT: Unique Leasing Resource, LLC | Order Entered 10/30/18, Doc #206<br>Order Entered 11/6/18, Doc #208<br>Distribution on Claim #: 8 | 7100-004 | | ($915.55) | $13,067.85 |
| 02/07/2019 | 3023 | Unique Leasing Resource, LLC | Order Entered 10/30/18, Doc #206<br>Order Entered 11/6/18, Doc #208<br>Distribution on Claim #: 7 | 7100-000 | | $12,152.30 | $915.55 |
| 02/07/2019 | 3024 | Unique Leasing Resource, LLC | Order Entered 10/30/18, Doc #206<br>Order Entered 11/6/18, Doc #208<br>Distribution on Claim #: 8 | 7100-000 | | $915.55 | $0.00 |

| | | | |
|---|---|---|---|
| TOTALS: | $618,804.01 | $618,804.01 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $618,804.01 | $618,804.01 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $618,804.01 | $618,804.01 | |

| For the period of 7/8/2016 to 3/6/2019 | | For the entire history of the account between 02/10/2017 to 3/6/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,521,225.33 | Total Compensable Receipts: | $1,521,225.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,521,225.33 | Total Comp/Non Comp Receipts: | $1,521,225.33 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,521,225.33 | Total Compensable Disbursements: | $1,521,225.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,521,225.33 | Total Comp/Non Comp Disbursements: | $1,521,225.33 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2  Page No: 5  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 16-33470-H2-7 | Trustee Name: | Eva Engelhart |
| Case Name: | THERMA-FLITE MANUFACTURING, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2517 | Checking Acct #: | ******3470 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/8/2016 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 3/6/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $618,804.01 | $618,804.01 | $0.00 |

| For the period of 7/8/2016 to 3/6/2019 | | For the entire history of the case between 07/08/2016 to 3/6/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,521,225.33 | Total Compensable Receipts: | $1,521,225.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,521,225.33 | Total Comp/Non Comp Receipts: | $1,521,225.33 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,521,225.33 | Total Compensable Disbursements: | $1,521,225.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,521,225.33 | Total Comp/Non Comp Disbursements: | $1,521,225.33 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ EVA ENGELHART

EVA ENGELHART